```
Larry L. Harris
63 Foss Ave #3
San Jose, CA 95116
408) 569-4558

Pro-Se        ADR
```

FILED

2008 MAY 20 P 2: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Larry L. Harris )
) 
                     Plaintiff, ) CASE NO. _____
)
          vs.                      ) APPLICATION TO PROCEED
Wells Fargo Bank ) IN FORMA PAUPERIS
)
                     Defendant. )

C 08 02552 RS

I, ___Larry L. Harris___, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $2800 & $676          Net: $2300 & $567 = $2867

Employer: Technology Credit Union     &     Rotten Robbie Gas Stations (Part Time)

2010 N. First Street, San Jose, Ca. 95131    19030 Stevens Creek Blvd, Cupertino, Ca. 95014

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 and wages per month which you received.
2 N/A
3 _____
4 _____

5 2. Have you received, within the past twelve (12) months, any money from any of the
6 following sources:

7     a.     Business, Profession or     Yes ___ No ✓
8         self employment?

9     b.     Income from stocks, bonds,     Yes ___ No ✓
10         or royalties?

11     c.     Rent payments?     Yes ___ No ✓

12     d.     Pensions, annuities, or     Yes ___ No ✓
13         life insurance payments?

14     e.     Federal or State welfare payments,     Yes ___ No ✓
15         Social Security or other govern-
16         ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____
20 _____

21 3. Are you married?     Yes ___ No ✓
22 Spouse's Full Name: N/A
23 Spouse's Place of Employment: N/A
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ N/A     Net $ N/A
26 4.     a.     List amount you contribute to your spouse's support:$ $135/mo
27     b.     List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

1    children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2    N/A
3    _____
4    5.    Do you own or are you buying a home?    Yes ✓ No ____
5    Estimated Market Value: $ 450,000    Amount of Mortgage: $ 280,000
6    6.    Do you own an automobile?    Yes ✓ No ____
7    Make Lincoln    Year 1990    Model Signature Series
8    Is it financed? Yes ____ No ✓    If so, Total due: $ N/A
9    Monthly Payment: $ N/A
10    7.    Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)
11    Name(s) and address(es) of bank: U.S. Bank, 2530 Stevens Creek Blvd, Cupertino, Ca. 95014
12    Technology Credit Union, 2010 N. First Street, San Jose, Ca. 95131
13    Present balance(s): $ 256
14    Do you own any cash? Yes ____ No ✓ Amount: $ N/A
15    Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16    market value.)    Yes ✓ No ____
17    Household Goods and Equipment $5,000
18    8.    What are your monthly expenses?
19    Rent: $ 575    Utilities: 50
20    Food: $ 300    Clothing: 100
21    Charge Accounts:
22    Name of Account            Monthly Payment            Total Owed on This Account
23    Various (Schedule Included)    $ 1,367            $ 60,512
24    _____    $ _____        $ _____
25    _____    $ _____        $ _____
26    9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27    they are payable. Do not include account numbers.)
28    N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_May 20, 2008_   _[signature]_
DATE                       SIGNATURE OF APPLICANT

Revised 01/02/2008

| Income & Expense Worksheet | Balance | May | Due Date | PAID | June |
|---|---|---|---|---|---|
| Take Home (Bank) | | 2400 | | | 2400 |
| Rotten Robbie Station 25 | | 459 | | | 459 |
| Real Estate Sales Income | | | | | |
| | | ==================== ========= ========= | | | |
| | | 2859 | | | 2859 |
| **Expenses** | | | | | |
| **First Check** | | | | | |
| Mortgage (Faris Dr **$400**) | | | | | |
| Rent **($550)** | | 550 | | | 550 |
| Pool Dues | | 25 | | | 25 |
| Storage  70 | | 80 | | | 80 |
| Dell | | | | | |
| Bank of America(4237) $914CDT | $12,085 | $220 | $244 | | $236 |
| Bank of America mbna (2081)$491CT | $4,508 | $108 | $113 | | $108 |
| Capital One $1373CDT | $3,626 | $112 | $127 | | $140 |
| | | | | | $129 |
| First Equity (1200)$0CDT | $3,617 | $74 | $91 | | $91 |
| HELOC   $31,500 | | $135 | $135 | | $135 |
| Chad | | | $25 | | $50 |
| Kaiser | | | | | |
| | | | | $1,390 | |
| **Second Check** | | | | | |
| Mortgage (Faris Dr **$400**) | | | | | |
| Rent | | | | | |
| State Farm | | 20 | | | 20 |
| CITI (5027) $2363CDT (7.99%) | $14,321 | $227 | $235 | | $235 |
| CITI (7879)  $47CDT(11.49%) | $7,817 | $142 | $169 | | $169 |
| USBank (0439)$0CDT | $2,036 | $49 | $50 | | $50 |
| USBank (0610)$1528CDT | $9,671 | $348 | $348 | | $348 |
| Advanta $168CDT | $2,831 | $83 | | | |
| Auto Insurance | | 200 | | | 200 |
| SBC | | 35 | | | 35 |
| Cingular | | 80 | | | 80 |
| R. E. Board | | | | | |
| | $60,512 | $1,498 | | | |
| **Ongoing Weekly** | | | | | |
| GVCC | | 100 | | | 100 |
| Dr. Dean | | | | | |
| Sunday Paper | | 10 | | | 10 |
| Gas | | 150 | | | 150 |
| Food | | 125 | | | 125 |
| Laundry & Cleaning | | 50 | | | 50 |

|  | | | |
|---|---:|---:|---:|
|  | $1,572 | | |
| Total | 2962 | 0 | 3116 |
| Monthly Net ( ) | -103 | 0 | -257 |
| Cum Cash Flow | -103 | 0 | -257 |

**ONE TIME RAMP-UP EXPENSES**

Auto Upholstry
Phone installation
Auto Repair Deduct
DMV & Smog
Broker Renewal