# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL CASE**

Larry L. Harris
V.

Wells Fargo Bank

CASE NUMBER: 08-2552 JW (RS)

TO: (Name and address of defendant)

Kristina Brown, EEO Consultant
633 Folsom Street MAC A0149-043
San Francisco, CA 94107

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Larry L. Harris
P.O Box 3629
San Jose, CA 95156

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

DATE JUN 1 2 2008