# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**
2008 JUL 15 P 3:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**SUMMONS IN A CIVIL CASE**

Larry L. Harris

v.

Wells Fargo Bank

CASE NUMBER: 08-2552 JW (RS)

**TO:** (Name and address of defendant)

Kristina Brown, EEO Consultant
633 Folsom Street MAC A0149-043
San Francisco, CA 94107

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Larry L. Harris
P.O Box 3629
San Jose, CA 95156

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUN 1 2 2008

JUN 1 2 2008
(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1] *Larry L. Harris*   DATE *June 20, 2008*

Name of SERVER: *Larry L. Harris*   TITLE: *Plaintiff*

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *Service was executed by Certified Mail & Receipt Included. In the Service of Summons & Complaint were the documents List on the Attached Addendum, Excluding a "Request for Waiver of Service of Summons. Return Receipt Dated July 1, 2008 attached*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $.0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *June 20, 2008*
Date

Signature of Server: *Larry Harris*

Address of Server: *P.O. Box 3679, San Jose, Ca 95156*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Wells Fargo Bank
c/o Ms. Kristina Brown
EEO Consultant
633 Folsom Street, MAC A0149-043
San Francisco, Ca 94107

Friday, June 20, 2008

Gentlemen:

You are being sued.

Kindly find the following:
1. Summons & Complaint.
2. Dispute Resolution Procedures Handbook (Enclosed).
3. Order Setting Case Management.
4. Standing Orders of the Court 40,45,53, ECF Registration Handout.
5. Certification Form for Preparing Case Management.
6. ADR Certification From
7. Request for Waiver of Service of Summons.
   (Two copies – Kindly sign & return second copy in the enclosed Stamped envelope)

Respectfully:

Larry L. Harris
Plaintiff
(408) 569-4559
E-Mail Address: Larry_L_Harris@Hotmail.com

Under Penalty of Perjury I certify that the Above Contents was placed Into a Priority Certified-Return Receipt package & Delivered to a Post Office @ June 20, 2008 @ 02:45 p.m.

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Larry L. Harris
P.O. Box 3629
San Jose, Ca 95156

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>CASH  06 20 08 |
| 1. Article Addressed to:<br>Wells Fargo Bank<br>C/O Ms. Kristina Brown<br>633 Folsom Street MAC [struck through]<br>525 Market A0199-045<br>San Fransisco, Ca<br>94104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>[SAN FRANCISCO CA POSTAGE DUE JUL -1 2008 stamp]<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0001 8161 4551 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540