VILLARREAL HUTNER PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhattorneys.com
DANIELLE L. PENER, ESQ., Cal. Bar No. 217355
E-Mail: dpener@vhattorneys.com
575 Market Street, Suite 300
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
WELLS FARGO BANK, N.A.

FILED
2008 JUL 25 P 2:18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY L. HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK<br>c/o Ms. Kristina Brown<br><br>    Defendant(s). | CASE NO. CV 08-02552 JW<br><br>**DEFENDANT WELLS FARGO BANK'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Trial Date: None Set |

BY FAX

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    WFC Holdings Corporation – owns 54.61% of Wells Fargo Bank, N.A.;

    2.    Wells Fargo & Company – owns 25.05% of Wells Fargo Bank, N.A.; and

    4.    There is no policy of insurance that is reasonably likely to be implicated in this litigation.

1 | Dated: July 25, 2008

VILLARREAL HUTNER PC

By _/s/ Danielle L. Pener_
LARA VILLARREAL HUTNER, ESQ.
DANIELLE L. PENER, ESQ.

Attorneys for Defendant
WELLS FARGO BANK, N.A.