VILLARREAL HUTNER PC
LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
E-Mail: lhutner@vhattorneys.com
DANIELLE L. PENER, ESQ., Cal. Bar No. 217355
E-Mail: dpener@vhattorneys.com
575 Market Street, Suite 300
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
WELLS FARGO BANK, N.A.

FILED
2008 JUL 25 P 2: 18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY L. HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK<br>c/o Ms. Kristina Brown<br><br>    Defendant(s). | CASE NO. CV 08-02552 JW<br><br>**DEFENDANT WELLS FARGO BANK'S CORPORATE PARTY DISCLOSURE STATEMENT**<br><br>Trial Date: None Set |

BY FAX

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Wells Fargo Bank, N.A. discloses the following:

    1.    WFC Holdings Corporation owns 54.61% of Wells Fargo Bank, N.A.; and

    2.    Wells Fargo & Company owns 25.05% of Wells Fargo Bank, N.A.

1  Dated: July 25, 2008

VILLARREAL HUTNER PC

By _____
LARA VILLARREAL HUTNER, ESQ.
DANIELLE L. PENER, ESQ.

Attorneys for Defendant
WELLS FARGO BANK, N.A.