```
 1  VILLARREAL HUTNER PC
    LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
 2  E-Mail: lhutner@vhattorneys.com
    DANIELLE L. PENER, ESQ., Cal. Bar No. 217355
 3  E-Mail: dpener@vhattorneys.com
    575 Market Street, Suite 300
 4  San Francisco, California 94105
    Telephone: 415.543.4200
 5  Facsimile: 415.512.7674

 6  Attorneys for Defendant
    WELLS FARGO BANK, N.A.
```

**FILED**
2008 JUL 25 P 2: 18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| LARRY L. HARRIS, | CASE NO. CV 08-02552 JW |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| WELLS FARGO BANK | Trial Date: None Set |
| c/o Ms. Kristina Brown | |
| Defendant(s). | |

**BY FAX**

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 575 Market Street, Suite 300, San Francisco, California 94105.

On July 25, 2008, I served true copies of the following document(s) described as

**DEFENDANT WELLS FARGO BANK'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;**

**DEFENDANT WELLS FARGO BANK'S CORPORATE PARTY DISCLOSURE STATEMENT; AND**

**WAIVER OF SERVICE OF SUMMONS**

on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Larry L. Harris<br>63 Foss Ave. #3<br>San Jose, CA 95116 | Pro Se |
| Larry L. Harris<br>P.O. Box 3629<br>San Jose, CA 95156 | Pro Se |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Villarreal Hutner's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 25, 2008, at San Francisco, California.

*Dannette Nelson*
Dannette Nelson