1  VILLARREAL HUTNER PC
   LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
2  E-Mail: lhutner@vhattorneys.com
   DANIELLE L. PENER, ESQ., Cal. Bar No. 217355
3  E-Mail: dpener@vhattorneys.com
   575 Market Street, Suite 300
4  San Francisco, California 94105
   Telephone: 415.543.4200
5  Facsimile: 415.512.7674

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12
   LARRY L. HARRIS,                    CASE NO. CV 08-02552 JW
13
            Plaintiff,
14                                     **CERTIFICATE OF SERVICE**
        v.
15
   WELLS FARGO BANK                    Trial Date: None Set
16 c/o Ms. Kristina Brown

17          Defendant(s).

18
19
20
21
22
23
24
25
26
27
28
                                                        CV 08-02552 JW
                                                  CERTIFICATE OF SERVICE
                                  -1-

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 575 Market Street, Suite 300, San Francisco, California 94105.

On August 13, 2008, I served true copies of the following document(s) described as

**WELLS FARGO BANK'S N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT**

on the interested parties in this action as follows:

### SERVICE LIST

| | |
|---|---|
| Larry L. Harris<br>63 Foss Ave. #3<br>San Jose, CA 95116 | Pro Se |
| Larry L. Harris<br>P.O. Box 3629<br>San Jose, CA 95156 | Pro Se |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Villarreal Hutner's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 13, 2008, at San Francisco, California.

/S/ Dannette Nelson
Dannette Nelson