```
 1  VILLARREAL HUTNER PC
    LARA VILLARREAL HUTNER, ESQ., Cal. Bar No. 178639
 2  E-Mail: lhutner@vhattorneys.com
    DANIELLE L. PENER, ESQ., Cal. Bar No. 217355
 3  E-Mail: dpener@vhattorneys.com
    575 Market Street, Suite 300
 4  San Francisco, California 94105
    Telephone: 415.543.4200
 5  Facsimile: 415.512.7674

 6  Attorneys for Defendant
    WELLS FARGO BANK, N.A.
 7
    LARRY L. HARRIS
 8  63 Foss Ave. #3
    San Jose, CA 95116
 9
    Plaintiff
10  Appearing pro per
```

[RECEIVED 2008 OCT -2 PM 3:22 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LARRY L. HARRIS,<br><br>                Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK<br>c/o Ms. Kristina Brown<br><br>                Defendant(s). | CASE NO. CV 08-02552 JW<br><br>**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: May 20, 2008 |

Plaintiff Larry L. Harris, and Defendant Wells Fargo Bank, N.A., by and through its undersigned counsel, (collectively, "Parties") hereby agree and stipulate to the following:

1  The Parties, having come to a resolution of this matter, stipulate that this matter
2  should be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.
3  Accordingly, the Court hereby dismisses this matter with prejudice pursuant to Federal Rule of
4  Civil Procedure 41(a)(1)(ii), with the parties to bear their own costs and attorneys' fees.

Dated: August 11, 2008           VILLARREAL HUTNER PC

By *Danielle Pener*
Danielle L. Pener
Attorneys for Defendant
WELLS FARGO BANK, N.A.

Dated: August __, 2008
October 2, 2008

By *Larry L. Harris*
Larry L. Harris
Plaintiff
Appearing *pro per*

SO ORDERED: The Court GRANTS the parties' stipulation. The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: __October 8__, 2008

By *James Ware*
Honorable James Ware
United States District Court Judge
Northern District

CV 08-02552 JW
STIPULATION OF DISMISSAL WITH PREJUDICE
-2-